UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2005 MAY 13  PM 2 44

BY _____
DEPUTY CLERK

PHILIP BROOKS, Individually and )
As Administrator of the Estate of )
Marjory Brooks, and WILLIAM BRAUN )
)
V. ) C. A. FILE NO. 2:04-CV-341
)
AMERICAN ALTERNATIVE INSURANCE )
CORPORATION )

### STIPULATION AND ORDER FOR DISMISSAL

Now come the parties hereto, by and through their respective counsel of record, and stipulate and agree that the following entry may be made herein:

**DISMISSED WITH PREJUDICE.**

Dated: May 4, 2005.

_____
Pietro J. Lynn, Esq.
Attorney for Plaintiffs

Dated: April 27, 2005.

_____
for Shapleigh Smith, Jr., Esq.
Attorney for Defendant

SO ORDERED:

_____
District Judge

Dinse,
Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988
(802) 864-5751

{B0068214.1 08926-0013}